UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * *

Bruce George Peck,

          Petitioner,

vs.                          ORDER ADOPTING THE REPORT
                                  AND RECOMMENDATION

State of Minnesota,

          Defendant.              Civ. No. 12-2991 (DSD/LIB)

* * * * * * * * * * * * * * * * * *

Based upon the Findings and Recommendation of the United States Magistrate Judge Leo I. Brisbois, and after an independent review of the files, records and proceedings in the above-titled matter, **IT IS ORDERED** that:

1. Petitioner's Petition for Writ of Habeas Corpus [Docket No. 1] ise **DENIED**;

2. This action is **DISMISSED WITH PREJUDICE**;

3. Petitioner is **NOT** granted a **Certificate of Appealability**; and

**LET JUDGMENT BE ENTERED ACCORDINGLY**

Dated: June 13, 2013

                                                s/David S. Doty
                                                DAVID S. DOTY, Judge
                                                United States District Court